IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 6:19-cr-01011 |
| vs. | |
| ERIC STEPHEN THOMPSON | GOVERNMENT'S STATUS REPORT #3 |

Pursuant to the Order issued by his Court on June 17, 2020, the Government now files Status Report #3 as directed.

The assigned Assistant United States Attorney has been in contact with the examining physician, Dr. Preston Baecht, who has been assigned to conduct Mr. Thompson's competency restoration treatment/evaluation.

According to information provided by Dr. Baecht, Mr. Thompson arrived on October 1, 2020. Unfortunately, he tested positive for Covid-19 upon admission and is currently on isolation status. She met with him briefly on two occasions to make sure he was coping okay but kept the interactions brief given his Covid-19 positive status. He is physically doing well. He reported loss of taste and smell initially, but last week said this was resolving. She will be able to conduct the evaluation in the normal fashion once he is cleared medically as not being contagious.

                Respectfully submitted,

                PETER M. MCCOY, JR.
                UNITED STATES ATTORNEY

                By: */s/ Max Cauthen*

                Max B. Cauthen, III
                Assistant U.S. Attorney
                D.C. Bar No. 6732
                55 Beattie Place, Suite 700

October 14, 2020              Greenville, SC 29601